UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. MARLOW,<br><br>  Petitioner,<br><br>  v.<br><br>CHANCE ANDES, Acting Warden of California State Prison at San Quentin,<br><br>  Respondent. | CASE NO. CV 05-6478 AB<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

Pursuant to the Order Denying Amended Petition for Writ of Habeas Corpus issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied and that judgment is entered in favor of Respondent and against Petitioner.  The Order constitutes final disposition of the Petition by the Court.

The Clerk is ordered to enter this judgment.

**IT IS SO ORDERED.**

Dated: September 4, 2025.

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE